UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-60 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| (1) Andrew Jerome Bigbee, and<br>(2) Danielle Lyn Thompson, | |
| Defendants. | |

Nathan H. Nelson, Esq., United States Attorney's Office, counsel for Plaintiff.

Daniel P. Repka, Esq., Repka Law, LLC, counsel for Defendant Bigbee.

Paul P. Sarratori, Esq., Mesenbourg & Sarratori Law Offices, P.A., counsel for Defendant Thompson.

This action came before the Court on August 15, 2022, for a hearing on Defendants' suppression motions. Based on the file and documents contained herein, along with the memoranda and arguments of counsel, the Court makes the following Order:

1. **Defendant Bigbee's Third Motion to Suppress Evidence.** Defendant Bigbee seeks an order suppressing all evidence that law enforcement collected from the search of 9616 Main Street in Elko, Minnesota. The Government opposes the motion and requests post-hearing briefing on the issue. Defendant shall file his post-hearing brief no later than **September 12, 2022**, and the Government shall file its response by **September 26, 2022**. The Court will take Defendant Bigbee's Third Motion to Suppress Evidence

**(Doc. No. 125)** under advisement on **September 26, 2022**, and issue a **Report and Recommendation** to the District Court.

2. **Defendant Thompson's Second Motion to Suppress Evidence**. Defendant Thompson filed a letter on August 15, 2022, informing the Court that she is withdrawing her Second Motion to Suppress Evidence. (Doc. No. 134.) Therefore, Defendant Thompson's Second Motion to Suppress Evidence **(Doc. No. 126)** is **WITHDRAWN**.

3. The trial date noticed at Docket Number 128 for September 26, 2022 will be reset. The new trial date, voir dire, jury instructions, and trial related motions due date are to be determined by U.S. District Chief Judge John R. Tunheim.

Date:  August 16, 2022

                                            *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge