UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-60 (JRT/DJF)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              **DEFENDANT'S STATEMENT OF THE CASE**

ANDREW JEROME BIGBEE,

        Defendant.

Andrew Jerome Bigbee, by and through his counsel, respectfully submits the following Statement of the Case which summarizes the allegations in the Indictment:

The Indictment alleges that between September 2019 and May 2021 Andrew Bigbee and Danielle Thompson voluntarily, intentionally and knowingly reached an agreement to distribute at least 500 grams of methamphetamine. It also alleges that on September 4, 2019 and again on October 16, 2020 and again on May 6, 2021 that Andrew Bigbee knowingly possessed at least 500 grams of methamphetamine with the intent to distribute the methamphetamine.

                                                Respectfully Submitted,

Dated: August 28, 2023                 */s/ Wyatt Arneson*
                                                BY: Wyatt Arneson
                                                Counsel for Andrew Bigbee